**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: HOWARD R. HUNEKE | § | Case No. 11-85566 |
| MELISSA K. HUNEKE | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/31/2011.

2) The plan was confirmed on 03/30/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/07/2013.

5) The case was converted on 07/03/2013.

6) Number of months from filing or conversion to last payment: 15.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $72,101.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 10,889.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 10,889.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 590.55 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,090.55 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LAW OFFICE OF JOSEPH P. DOYLE | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| BMO-HARRIS BANK NA | Uns | 28,062.00 | 28,501.10 | 28,501.10 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Sec | 11,487.00 | 12,600.46 | 12,600.46 | 6,798.45 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Uns | 2,988.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 9,070.00 | 9,193.78 | 9,193.78 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 318.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 20,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF SYCAMORE | Uns | 569.00 | NA | NA | 0.00 | 0.00 |
| CITY OF SYCAMORE | Uns | 439.00 | NA | NA | 0.00 | 0.00 |
| CONSULTANTS IN DIAGNOSTIC | Uns | 6.45 | NA | NA | 0.00 | 0.00 |
| CONSULTANTS IN DIAGNOSTIC | Uns | 5.85 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 340.70 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Uns | 460.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 107.74 | 134.06 | 134.06 | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 48.70 | 340.31 | 340.31 | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 31.45 | 124.76 | 124.76 | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 200.00 | 299.86 | 299.86 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DENNIS A BREBNER & ASSOCIATES | Uns | 322.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION | Uns | 573.00 | NA | NA | 0.00 | 0.00 |
| FAMILY HOME MEDICAL EQUIP | Uns | 51.90 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY FAMILY PHYSICIANS | Uns | 1,898.64 | NA | NA | 0.00 | 0.00 |
| JOHN R COOK, DDS | Uns | 75.00 | 307.35 | 307.35 | 0.00 | 0.00 |
| HORIZON FINANCIAL | Uns | 3,376.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL | Uns | 144.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL | Uns | 176.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL | Uns | 169.73 | NA | NA | 0.00 | 0.00 |
| HORIZON FINANCIAL | Uns | 35.40 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Uns | 4,086.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE HOSPITAL | Uns | 3,198.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE HOSPITAL | Uns | 699.70 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE HOSPITAL | Uns | 350.47 | NA | NA | 0.00 | 0.00 |
| LABORATORY PHYSICIANS LLC | Uns | 20.27 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 17,391.00 | 17,390.61 | 17,390.61 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 13.35 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 52.35 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & | Uns | 77.15 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MAN | Uns | 375.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MAN | Uns | 322.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MAN | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| REDDY MEDICAL ASSOCIATES LTD | Uns | 129.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 553.00 | 552.70 | 552.70 | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 5,066.00 | 5,066.89 | 5,066.89 | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 683.00 | 683.02 | 683.02 | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 396.00 | 396.18 | 396.18 | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 368.00 | 368.76 | 368.76 | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 340.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 321.00 | 321.46 | 321.46 | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 299.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 291.00 | 291.28 | 291.28 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| DELNOR COMMUNITY HOSPITAL | Uns | 156.00 | 156.00 | 156.00 | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 148.00 | 148.05 | 148.05 | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 139.00 | 139.04 | 139.04 | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 134.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 124.00 | 55.17 | 55.17 | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 50.00 | 31.45 | 31.45 | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Uns | 55.00 | 50.03 | 50.03 | 0.00 | 0.00 |
| SUBURBAN NEUROLOGY | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| TRI CITY RADIOLOGY SC | Uns | 54.00 | NA | NA | 0.00 | 0.00 |
| TRI CITY RADIOLOGY SC | Uns | 34.35 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Uns | 367.75 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Uns | 264.30 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Uns | 36.75 | NA | NA | 0.00 | 0.00 |
| WELL CARE NOENATOLOGISTS | Uns | 41.09 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN PSYCHOLOGY | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP | Uns | 0.00 | 1,141.83 | 1,141.83 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 12,600.46 | $ 6,798.45 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 12,600.46 | $ 6,798.45 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 65,693.69 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,090.55 |
| Disbursements to Creditors | $ 6,798.45 |
| **TOTAL DISBURSEMENTS:** | $ 10,889.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.


Date:  07/19/2013               By:  /s/ Lydia S. Meyer
                                              Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.